UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Case No. 07-CR-88

JEREMY J. HANNA,

    Defendant.

**ORDER**

Defendant Jeremy J. Hanna has sent a letter to the Court requesting that his sentence be reduced by 218 days to reflect a period of time he was in custody on state charges. Hanna notes that his family is having a great deal of difficulty trying to make ends meet without him and that his sentencing was delayed because of difficulties with his father's case. Since the Court ordered that his federal sentence would commence forthwith, Hanna reasons that, had his case been before the Court earlier, he would have received credit for the 218 days he spent in custody on his state charge.

Rule 35 of the Rules of Criminal Procedure permits a court to modify a sentence under limited circumstances, none of which appear in Hanna's letter. He did receive a reduction based on the Government's motion for a downward departure, but no grounds currently exist for a further reduction.

Accordingly, to the extent the letter request is construed as a motion, it must be denied.

**SO ORDERED** this __4th__ day of November, 2009.

                                                         s/ William C. Griesbach
                                                         William C. Griesbach
                                                         United States District Judge